UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD R. MATTHEWS, SR., | No. 2:16-cv-959-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

This case was before the court on September 13, 2017, on defendant's motions for a protective order and to quash subpoenas. ECF Nos. 16, 17, 18. Attorneys Hector Rodriguez and Benjamin Emmert appeared on behalf of defendant; attorney Joshua Watson appeared on behalf of plaintiff.

Pursuant to the agreement reached by the parties at the hearing, plaintiff may proceed with the depositions of Dr. Davis Jourgensen and Dr. Steven Friend, and plaintiff withdraws the deposition subpoenas served on Elisha Butler, Elisee Torres, Dr. Randy Barnett, Arlene Harrington, and Susan Silburn. In light of the agreement, defendant's motions for a protective order and to quash subpoenas (ECF Nos. 16, 17, 18) are denied as moot.

DATED: September 13, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE