| | |
|---|---|
| 1 | BENJAMIN A. EMMERT, (SBN 212157) |
| | bemmert@littler.com |
| 2 | HECTOR J. RODRIGUEZ, (SBN 305446) |
| | hjrodriguez@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 50 W. San Fernando, 15th Floor |
| 4 | San Jose, CA 95113.2303 |
| | Telephone: 408.998.4150 |
| 5 | Fax: 408.288.5686 |
| 6 | Attorney for Defendant |
| | NATIONAL RAILROAD PASSENGER |
| 7 | CORPORATION ("AMTRAK") |
| 8 | Clayeo C. Arnold, Esq., SBN 65070 |
| | Anthony J. Poidmore, Esq., SBN 51346 |
| 9 | Joshua H. Watson, Esq., SBN 238058 |
| | CLAYEO C. ARNOLD |
| 10 | A Professional Law Corporation |
| | 865 Howe Avenue |
| 11 | Sacramento, CA 95825 |
| | Telephone: (916) 924-3100 |
| 12 | Facsimile: (916) 924-1829 |
| 13 | Attorneys for Plaintiff |
| | LENARD R. MATTHEWS, SR. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD R. MATTHEWS, SR., | Case No. 2:16-cv-00959-TLN-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |
| v. | |
| AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 through 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK" or "Defendant") and Plaintiff LENARD R. MATTHEWS, SR. ("MATTHEWS" or "Plaintiff"), (collectively referred to as "the Parties") as follows:

WHEREAS, pursuant to the Court's Pretrial Scheduling Order on January 20, 2017 [Dkt. 13], pre-trial deadlines are as follows:

- Fact discovery cut-off was on May 18, 2017;
- Expert disclosures were due on July 13, 2017;
- Rebuttal expert disclosures were due 20 days after designation of expert witnesses;
- Dispositive motions are set for November 16, 207;
- Final pretrial conference is set for February 8, 2018 and
- Trial is set to commence on April 16, 2018;

WHEREAS, the Parties have completed written discovery;

WHEREAS, despite their best efforts, the Parties have been unable to complete all the necessary depositions, as Plaintiff and/or his counsel are unavailable to complete such depositions until early November 2017;

WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court may modify a scheduling order where good cause is present; and

WHEREAS, in order to complete the necessary depositions, the Parties jointly request that the dispositive motion deadline be extended.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties jointly request that the Court continue the deadline set forth in the Court's Order [Dkt. 13] by extending the following deadline:

- Deadline to file dispositive motions to November 30, 2017 with hearing to be held on January 11, 2018.

The dates for the Parties' Final Pre-Trial Conference and Trial shall remain unchanged.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

**IT IS SO STIPULATED.**

Dated: October 16, 2017

Respectfully Submitted,

*/s/ Hector J. Rodriguez*
BENJAMIN A. EMMERT
HECTOR J. RODRIGUEZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK")

Dated: October 16, 2017

Respectfully Submitted

*/s/ Matt Vandall*
CLAYEO C. ARNOLD
ANTHONY J. POIDMORE
JOSHUA H. WATSON
MATT VANDALL
CLAYEO C. ARNOLD
A Professional Law Corporation
Attorneys for Plaintiff
LENARD R. MATTHEWS, SR.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

# **ORDER**

The court, having considered the Parties' stipulation to continue discovery and dispositive motion deadlines, hereby orders that the deadline to file a dispositive motion to November 30, 2017, with the hearing to be heard on January 11, 2018. The dates for the Parties' Final Pre-Trial Conference and Trial shall remain unchanged.

**IT IS SO ORDERED.**

Dated: October 17, 2017

Troy L. Nunley
United States District Judge