1  BENJAMIN A. EMMERT, (SBN 212157)
   bemmert@littler.com
2  HECTOR J. RODRIGUEZ, (SBN 305446)
   hjrodriguez@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5  Fax:         408.288.5686

6  Attorney for Defendant
   NATIONAL RAILROAD PASSENGER
7  CORPORATION ("AMTRAK")

8  Clayeo C. Arnold, Esq., SBN 65070
   Anthony J. Poidmore, Esq., SBN 51346
9  Joshua H. Watson, Esq., SBN 238058
   CLAYEO C. ARNOLD
10 A Professional Law Corporation
   865 Howe Avenue
11 Sacramento, CA 95825
   Telephone: (916) 924-3100
12 Facsimile: (916) 924-1829

13 Attorneys for Plaintiff
   LENARD R. MATTHEWS, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD R. MATTHEWS, SR.,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  2:16-cv-00959-TLN-EFB<br><br>**STIPULATION AND ORDER TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR IN LIGHT OF THE PARTIES' AGREEMENT TO PRIVATE MEDIATION** |

IT IS HEREBY STIPULATED, by and between Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK" or "Defendant") and Plaintiff LENARD R. MATTHEWS, SR. ("MATTHEWS" or "Plaintiff"), (collectively referred to as "the Parties") as follows:

WHEREAS, pursuant to the Court's Minute Order issued on October 15, 2019 [Dkt. 36], the Settlement Conference was set for January 15, 2020 at 9:00 a.m. in Courtroom 25 before Magistrate Judge Kendall J. Newman;

WHEREAS, pursuant to the Court's Minute Order issued on December 31, 2019 [Dkt. 37], the Settlement Conference was reset for January 15, 2020 at 10:30 a.m. in Courtroom 25 before Magistrate Judge Kendall J. Newman;

WHEREAS, the Parties have agreed to private mediation with Susan Feder of Judicate West in lieu of the Settlement Conference before Magistrate Judge Kendall J. Newman;.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties jointly request that the Court take the Settlement Conference set for January 15, 2020, off calendar and the Parties participate in private mediation.

**IT IS SO STIPULATED.**

Dated: January 13, 2020

Respectfully Submitted,

*/s/ Hector J. Rodriguez*
BENJAMIN A. EMMERT
HECTOR J. RODRIGUEZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK")

Dated: January 13, 2020

Respectfully Submitted,

*/s/ Joshua H. Watson*
CLAYEO C. ARNOLD
ANTHONY J. POIDMORE
JOSHUA H. WATSON
MATT VANDALL
CLAYEO C. ARNOLD
A Professional Law Corporation
Attorneys for Plaintiff
LENARD R. MATTHEWS, SR.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

2.  Case No. 2:16-cv-00959-TLN-EFB

STIPULATION AND ORDER TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR

## **PROPOSED ORDER**

The court, having considered the Parties' stipulation to take the Settlement Conference set for January 15, 2010 off calendar and the Parties proceed to private mediation, hereby grants the request. The Settlement Conference set for January 15, 2020, is taken off calendar and the Parties are ordered to participate in private mediation.

**IT IS SO ORDERED.**

Dated: January 14, 2020

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150